RICHARD A. GLASSER and Another, Respondents, v. JOHN J. SIMMONS and Others, Appellants.— Judgment and orders affirmed, with costs. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

CHARLES A. REID, Respondent, v. MICHAEL M. JOSEPHS and Another, Defendants, Impleaded with JESSIE M. JOSEPHS, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

A. FRANCES M. DAVIS, Respondent, v. PHILANDER J. DAVIS, Appellant, Impleaded with Another, Defendant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

In the Matter of the Judicial Settlement of the Accounts of JOHN G. WICKSER, as Sole Surviving Trustee, etc., of PHILIP BECKER, Deceased.— Decree affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

GRACE L. SCHWINDLER, Respondent, v. VILLAGE OF BLASDELL and Another, Appellants.— Judgment and order affirmed, with costs. All concur. It is stipulated in open court that Andrew J. Haberer is dead and the action and appeal are discontinued as to him, and he and his estate are discharged of all liability. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

GRACE L. SCHWINDLER, as Administratrix, etc., of FRANK J. SCHWINDLER, Deceased, Appellant, v. VILLAGE OF BLASDELL and Another, Respondents.— Order affirmed, with costs, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $800, in which event the order is reversed, without costs, and the verdict for said sum of $800 is reinstated and judgment for the plaintiff directed thereon. It is stipulated in open court that Andrew J. Haberer is dead, and that the action and appeal are discontinued as to him, and he and his estate are discharged of all liability. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

MAUDE CODY and Others, Appellants, v. FRANK L. NEID and Others, Respondents.— Judgment and order affirmed, with costs. All concur. We are of the opinion that the complaint fails to state a cause of action and also that the Special Term might very properly have declined to assume jurisdiction on the authority of *Tracy* v. *Coyle* (121 Misc. 526). (See, also, *Evans* v. *Appell*, 211 App. Div. 105.) Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

STANLEY SADEK, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present.— Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

AMELIA M. SADEK, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

ARCHIBALD B. BARKER, Appellant, v. LIBERTY NATIONAL BANK OF JAMESTOWN, N. Y., Respondent.— Judgment affirmed, with costs. All concur, except Davis and Crouch, JJ., who dissent and vote for reversal. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

In the Matter of the Application of CARL BROWN, Appellant, for an Examination of the Ballots Cast in Republican Primaries for the Office of Sheriff of Chautauqua County. AXEL LEVINE, Respondent.— Appeal dismissed, without costs. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.